# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PEIFER.** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 21–5432 |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| **PENNSYLVANIA BOARD OF** | : | |
| **PROBATION AND PAROLE** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, on this **5th** day of **January 2023**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 20) and Plaintiff's Response in Opposition (ECF No. 21), it is hereby **ORDERED** that for the reasons set forth in the accompanying Opinion, the Motion for Summary Judgment is **GRANTED**.

The matter is therefore **DISMISSED WITH PREJUDICE** on all remaining counts.

                                                         **BY THE COURT:**

                                                         /s/ Chad F. Kenney

                                                         **CHAD F. KENNEY, JUDGE**